UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANE DOE,
c/o Jackson and Associates Law Firm
1300 Caraway Court #100
Upper Marlboro, MD 20774

    *Plaintiff*,

    v.

DUKE ELLINGTON SCHOOL
OF THE ARTS PROJECT
Attn: Cliff Bowen
3500 R St. NW
Washington, DC 20007

RORY PULLENS,
c/o DUKE ELLINGTON SCHOOL
OF THE ARTS PROJECT

MITZI YATES,
c/o DUKE ELLINGTON SCHOOL
OF THE ARTS PROJECT

MARK A. WILLIAMS,
c/o DUKE ELLINGTON SCHOOL
OF THE ARTS PROJECT

DISTRICT OF COLUMBIA
PUBLIC SCHOOL SYSTEM
Attn: Chancellor Dr. Lewis Ferebee
1200 First Street, NE
Washington, DC 20002

and

DISTRICT OF COLUMBIA
Office of the Mayor
Attn: Muriel Bowser
1350 Pennsylvania Ave, 4th Floor
Washington, DC 20004

Office of the Attorney General
Attn: Karl Racine

22-cv-00811

400 6th Street, NW
Washington, DC 20001

    *Defendants*.

## NOTICE OF REMOVAL

Under 28 U.S.C. §§ 1441(a) and 1446 and Fed. R. Civ. P. 81(c), Defendants District of Columbia (District) and District of Columbia Public School System (DCPS) remove *Jane Doe v. Duke Ellington School of the Arts Project, et al.*, Civil Action Number 2021 CA 000814 B, which was brought in the Superior Court of the District of Columbia against the District, DCPS, Duke Ellington School of the Arts Project (Duke Ellington), Rory Pullens, Mitzi Yates, and Mark Williams (respectively, Defendants), to this Court because the claims raised in the Complaint assert federal questions appropriate for resolution by this Court.

A party may remove a civil action brought in a state court if the district courts of the United States have original jurisdiction. *See* 28 U.S.C. § 1441(a). Here, Plaintiff's complaint brings three claims under federal law. In Count I of the Complaint, Plaintiff asserts a claim against all Defendants under Title IX of 20 U.S.C. § 1681. In Counts II and III of the Complaint, Plaintiff brings claims against Defendants Pullen and Yates and Defendant Duke Ellington respectively under 42 U.S.C. § 1983. Because the claims asserted in Counts I, II, and III arise under federal law, this Court has original jurisdiction under 28 U.S.C. § 1331. *See* 28 U.S.C. § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."). Therefore, under 28 U.S.C. § 1441(a), the District may remove this action to this Court.

In addition, under 28 U.S.C. § 1367(a), this Court may exercise supplemental jurisdiction over Plaintiff's state law claims in Counts IV, V, VI, VII, and VIII of the Complaint for

2

negligent hiring, training, supervision, and retention, intentional infliction of emotional distress, negligence, assault and battery, and gross negligence respectively.  Here, the claims brought in Counts IV, V, VI, VII, and VIII form part of the same case or controversy as the 20 U.S.C. § 1681 and the 42 U.S.C. § 1983 claims alleged in Counts I, II, and III.  Accordingly, the Court may exercise supplemental jurisdiction over the state law claims.  *See Busby v. Capital One, N.A.*, 759 F. Supp. 2d 81, 83-84 (D.D.C. 2011) ("Once a case has been removed, the district court has original jurisdiction over the plaintiff's claim under federal law, and may thus 'exercise supplemental jurisdiction over accompanying state law claims so long as those claims constitute other claims that form part of the same case or controversy.'") (quoting *City of Chicago v. Int'l College of Surgeons*, 522 U.S. 156, 164-65 (1997)) (ellipses and quotation marks omitted).

      The requirements of 28 U.S.C. § 1446 are satisfied because this notice is filed within 30 days after the District received a copy of the Complaint, Civil Information Sheet, and Writ of Summons, which occurred on February 28, 2022.  Copies of all pleadings and orders served upon the District in this matter, as well as papers filed in the Superior Court of the District of Columbia, are attached as Exhibit 1.  After this notice is filed in the United States District Court for the District of Columbia, the District will file notice of this removal with the Clerk of the Court for the Superior Court of the District of Columbia and serve a copy on Plaintiff.

      Venue is proper as the United States District Court for the District of Columbia includes the District of Columbia, where the events giving rise to this action allegedly occurred, and where the Superior Court of the District of Columbia is located.  The remaining defendants have not been served as of the filing of this notice, and thus their consent to removal is not required at this time.  *See Kopff v. World Research Grp., LLC*, 298 F. Supp. 2d 50, 59 (D.D.C. 2003) ("While unanimity of defendants' consent to removal is a cornerstone of the removal process,

unanimity is not defeated if those defendants absent from the notice of removal were never served properly in the first instance.").

Accordingly, Defendants the District and DCPS removes this action to this Court from the Superior Court of the District of Columbia, Civil Division.

Date:  March 24, 2022                    Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Stephanie E. Litos*
STEPHANIE E. LITOS [483164]
Assistant Deputy Attorney General
Civil Litigation Division

*/s/ Burth G. López*
BURTH G. LÓPEZ [976981]
JAMES A. WILEY*
Assistant Attorneys General
400 6th Street, N.W.
Washington, D.C. 20001
Phone: (202) 716-6658; (202) 735-7564
Fax: (202) 715-7715
Email: burth.lopez@dc.gov; jim.wiley@dc.gov

*Counsel for Defendant District of Columbia*

*Admitted to practice only in the State of California.  Practicing in the District of Columbia under the direct supervision of Matthew Blecher, a member of the D.C. Bar, pursuant to D.C. Court of Appeals Rule 49(c)(4).

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2022, I served a copy of the foregoing Notice of Removal and the exhibit attached thereto by email upon counsel for Plaintiff as follows:

Dawn Jackson, Esquire [485118]
Jackson & Associates Law Firm LLC
1300 Caraway Court #100
Largo, MD 20774
Phone: (301) 883-0800
Fax: (301)883-0801
Email: djackson@jacksonassociateslawfirm.com

Howard Haley, Esquire [999376]
The Haley Firm, PC
7600 Georgia Ave, NW #416
Washington, DC 20012
Phone: (202) 810-6329
Fax: (202) 706-7375
Email: HaleyFirm@gmail.com

/s/Burth G. López
BURTH G. LÓPEZ
Assistant Attorney General