## MEMORANDUM OF AGREEMENT
## BETWEEN
## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## AND
## DUKE ELLINGTON SCHOOL OF THE ARTS PROJECT
## FOR THE OPERATION OF
## DUKE ELLINGTON SCHOOL OF THE ARTS

This Memorandum of Agreement ("MOA") sets forth the responsibilities and expectations of the District of Columbia Public Schools ("DCPS") and the Duke Ellington School of the Arts Project ("DESAP") in support of the operation of the Duke Ellington School of the Arts ("DESA"). DESA is a DCPS application-based high school offering a DCPS diploma via a specialized, performing arts-based curriculum; DESAP is responsible for day-to-day administration of DESA on behalf of DCPS. This MOA focuses on DESAP's responsibilities with respect to its operation of DESA, as well as DCPS oversight of DESAP. DCPS and DESAP are individually referred to herein as a "Party" and collectively as the "Parties."

### RECITALS

**WHEREAS**, for nearly 20 years, DESAP and DCPS have worked together to operate DESA as a provider of a high-quality, performing arts-based curriculum to DCPS students; and

**WHEREAS**, the Parties share a strong belief in the value of DESA to the District of Columbia community, pride in DESA's past accomplishments, and a commitment to seeing DESA continue and flourish in the future; and

**WHEREAS**, the Parties believe in the importance of operating DESA in accordance with applicable federal and District of Columbia laws and regulations; and

**WHEREAS**, the Parties recognize that DCPS has committed to entering into this MOA pursuant to its Corrective Action Plan with the Office of the State Superintendent of Education ("OSSE"); and

**WHEREAS**, this MOA is intended to further define the terms of the relationship between the Parties in support of DESA, and in order to ensure the continued development of this high-quality school for DCPS students.

**NOW, THEREFORE**, in consideration of the mutual promises and covenants contained herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties agree as follows:

### AGREEMENT

I. TERM

1

This MOA shall be effective as of the last date of signing by the signatories (the "Effective Date") and, unless terminated in writing by either Party prior to its expiration, terminate one year from the Effective Date (the "Term").

## II. RESPONSIBILITIES

A. DESAP agrees to assume the following duties and responsibilities in support of DESA:

1. Governance Oversight and Review Process

   a. No later than February 28, 2019, engage a third party approved by DCPS to conduct a review of DESAP's and DESA's current systems, process and controls in order to provide for effective oversight and governance of the organization and the school's academic quality, and to ensure compliance with laws, regulations, policies, procedures and processes applicable to schools within DCPS. The Parties will mutually agree on the topics for such a review according to the schedule of topics included in Attachment A.

   b. Fund the remaining balance of the cost of the third-party review after DCPS has paid to the third-party at least 75% of the cost. This MOA does not itself specifically obligate DESAP to the expenditure of any funds to a third-party reviewer; specific payment terms and obligations will be established in an agreement with the third-party reviewer.

   c. Fully cooperate in all reviews, investigations, audits, performance determinations, compliance monitoring, and corrective actions conducted, initiated, or required by, at a minimum, DCPS, OSSE, or other District or federal agencies.

   d. Provide DCPS with recommendations for strengthening DCPS' oversight and management practices.

2. Enrollment and Residency Verification

   a. Identify a team of no less than four (4) DESA staff, one (1) of which must be a member of school leadership, responsible and accountable for implementation and oversight of DESA enrollment and residency verification practices.

   b. Coordinate with DCPS to ensure that all members of the DESA enrollment and residency verification team have individual access to DCPS enrollment and residency systems, and ensure that they each attend all DCPS enrollment and residency verification and required DCPS

systems trainings, including all required enrollment and residency trainings and all required enrollment and residency module trainings.

   c. Cooperate with and participate fully in all enrollment and residency verification reviews, audits, and investigations conducted by DCPS or OSSE, including the OSSE annual enrollment audit.

   d. Ensure that all residency and enrollment requirements have been clearly communicated to all DESA staff, students, and families, including residency requirements, processes for non-resident enrollment, and information on how to report suspicions of residency fraud, and ensure that such information is posted in the school at a location visible to staff, students, and visitors.

   e. Timely report any and all suspicions of residency fraud, including any suspicion that a student lives outside the District of Columbia and is not paying tuition as required by law.

   f. Appropriately maintain and store all enrollment and residency verification records for legally required time periods and demonstrate to DCPS that it has sufficient process and systems for such maintenance and storage.

3. DESAP and DESA Leadership and Staff Qualifications, Roles, Evaluation, Accountability, and Dismissal

   a. No later than February 28, 2019, submit a school staffing plan and school organization chart to DCPS, to include written position descriptions, roles, and responsibilities for all staff.

   b. Ensure that all DESA staff attend any mandatory DCPS trainings or professional development required by DCPS.

   c. Notify DCPS of all allegations that any DESA staff member committed a violation of any applicable law or regulation applicable to staff of DCPS schools, and collaborate with DCPS regarding investigation of the matter. If DCPS notifies DESAP that such violation would warrant dismissal by DCPS of a DCPS employee, DESAP shall dismiss that staff member or justify in writing to DCPS why a different disciplinary action is warranted.

4. Staff, Student, and Family Grievance Processes

   a. Administer all grievances filed by DESA staff, students, and families in accordance with the DCPS Grievance Policy and Procedure (Chancellor's Directive #325), or any subsequent version of this policy, and all applicable grievance provisions in the DC Municipal Regulations.

  b. Provide DCPS with access to all grievance records upon request.

B. DCPS agrees to assume the following duties and responsibilities in support of DESA:

1. Oversight, Authority, and Evaluation of Leadership, Academics, and Operations:

    a. Approve the third-party reviewer contracted by DESAP in order to conduct the review referenced in Section II.A.1.a of this MOA.

    b. Fund at least 75% of the cost of the third-party review referenced in Section II.A.1.a of this MOA. This MOA does not itself specifically obligate DCPS to the expenditure of any funds to a third-party reviewer; specific payment terms and obligations will be worked out in an agreement with the third-party reviewer.

    c. Evaluate the DESA principal using the IMPACT rating system.

    d. Exercise its right to review and approve all DESAP training materials provided to DESA staff in order to satisfy requirements of this MOA.

    e. Exercise its right to investigate any alleged violations of applicable law or regulation by a DESA staff member.

    f. Exercise its right to recommend dismissal of a DESA staff member for violation of applicable law or policy; such recommendation must be given due weight in accordance with Section II.A.3.c of this MOA.

2. Enrollment and Residency Verification

    a. Exercise its right to conduct reviews, audits, or investigations of DESA enrollment and residency verification practices at any time during the Term of this MOA.

C. DCPS and DESAP agree to collaborate and jointly assume the following duties and responsibilities in support of DESA:

1. Conduct monthly mock audits of enrollment paperwork and residency verification documentation.

2. Collaborate to train each DESA staff member on the laws, regulations and policies, procedures, and process for which the staff member has a role, responsibility, or obligation to implement or ensure compliance. Such trainings shall include, but not be limited to, residency fraud training for all

4

DESA staff, as well as data security, mandatory abuse reporting, and prevention of sexual harassment training.

3. Promptly collaborate to revise the DCPS financial model applicable to DESA.

## III. CORRECTIVE ACTION

DCPS has the authority to require DESAP to take immediate corrective actions and/or to impose additional terms and conditions on the management of the school in response to non-compliance or oversight or academic quality concerns, provided such additional terms and conditions do not undercut the DESAP board's ability to manage DESA and provided DCPS takes into account the financial impact of such actions on all stakeholders and, where an appropriation exists for such purpose, provides additional funding necessary to implement such actions.

## IV. BACKGROUND CHECKS

A. DESAP shall ensure all of its employees, contractors, volunteers and other personnel providing services under this MOA ("DESAP Personnel") submit to any background check required by DCPS, which may include, but is not limited to, a tuberculosis screening and a criminal background check pursuant to the Criminal Background Checks for the Protection of Children Act of 2004 (D.C. Code § 4-1501.01, *et seq.* (2011)) and any rules promulgated thereunder, including D.C. Mun. Regs. Subt. 6-B, § 412, *et seq.* (2011). DESAP shall also ensure that all DESAP Personnel who have not submitted to any DCPS-required background check are restricted from serving in positions affording such individuals unsupervised direct access to DCPS students participating in the Program and that such persons at all times avoid unsupervised direct contact with such students.

B. DESAP shall ensure that any DESAP Personnel engaging in the transport of DCPS students under this MOA consent and submit to a DCPS-initiated traffic record check, in accordance with 6-B DCMR § 410, 419, and 420. DCPS reserves the right to deny any individual the ability to transport its students under this MOA based on its own review of the individual's traffic record and determination of whether, considering the totality of circumstances, that individual is suitable to provide such services.

## V. COMPLIANCE WITH APPLICABLE LAW

DESAP shall comply with all applicable laws, rules and regulations related to the operation of DESA and its obligations under this MOA whether now in force or hereafter enacted or promulgated. In addition, DESAP shall at all times maintain any District of Columbia or federal license, registration or certification it is legally required to obtain, and provide a copy of such documentation to DCPS upon request. DESAP shall ensure

that at no time during the term of this MOA it owes the District government more than $100 in outstanding fines, penalties, past due taxes or interest.

## VI. FUNDING

No specific capital commitment on behalf of DCPS shall be associated with the formation of or any of the obligations under this MOA. DCPS shall be under no obligation to provide funding or payment to DESAP.

## VII. NON-DISCRIMINATION

The parties shall not discriminate against anyone participating in services offered by or on behalf of DESA either directly or indirectly on the basis of gender, race, color, disability, religion, sexual orientation, nationality, age, marital status or any other designation set forth in any applicable law, including, but not limited to, the District of Columbia Human Rights Act, Title VI of the Civil Rights Act of 1964, Title IX of the Education Amendments of 1972, and Section 504 of the Rehabilitation Act of 1973.

## VIII. ANTI-DEFICIENCY CONSIDERATIONS

DCPS's duty to fulfill financial obligations of any kind pursuant to any and all provisions of this MOA, or any subsequent agreement entered into pursuant to this MOA, are and shall remain subject to the provisions of (i) the federal Anti-Deficiency Act, 31 U.S.C. §§ 1341, 1342, 1349-1351; (ii) the District of Columbia Anti-Deficiency Act, D.C. Official Code §§ 47-355.01-355.08 (2001); (iii) D.C. Official Code § 47-105 (2001); and (iv) D.C. Official Code § 1-204.46 (2001); as the foregoing statutes may be amended from time to time, regardless of whether a particular obligation has been expressly so conditioned. Pursuant to the Anti-Deficiency Acts, nothing in this MOA shall create an obligation on DCPS in anticipation of an appropriation by Congress for such purpose, and DCPS's legal liability for any obligations under this MOA shall not arise or obtain in advance of the lawful availability of appropriated funds for the applicable fiscal year as approved by Congress.

## IX. TERMINATION

Either Party may immediately terminate this MOA for cause in whole or in part by giving written notice to the other Party.

## X. NOTICES AND CONTACT PERSONS

Any inquiries under this MOA shall be directed to the parties listed below. Any notices required under this MOA shall be in writing, sent by a recognized form of communication and by any recognized delivery method agreed to by the Parties.

TO DESAP:

Ms. Tia Harris
Chief Executive Officer
Duke Ellington School of the Arts Project
3500 R Street, NW
Washington, D.C. 20007
Tel: 202-282-0123
Fax: 202-282-1131
Email: tph@ellingtonarts.org

TO DCPS:

Mr. Eugene Pinkard, Jr.
Chief, School Design and Continuous Improvement
District of Columbia Public Schools
1200 First Street, NE
Washington, D.C. 20002
Cell: 202.579.5324
Tel: 202.442.4026
Email: eugene.pinkard@dc.gov

These individuals are responsible for the management and coordination of the requirements for each Party under this MOA. Copies of correspondence related to modification, extension or termination of this MOA, any legal matters concerning this MOA or any other transactions stemming from this MOA shall be furnished to these individuals with additional copies to:

Office of the General Counsel
District of Columbia Public Schools
1200 First Street NE, 10th Floor
Washington, DC 20002
Tel: (202) 442-5000
Fax: (202) 442-5098

XI. MISCELLANEOUS

    A. Modifications. This MOA may only be amended or modified by a written instrument signed by both Parties.

    B. Severability. If any provision of this MOA is determined to be invalid or unenforceable, the remaining provisions shall remain in force and unaffected to the fullest extent permitted by law and regulation.

    C. This MOA, including any applicable exhibits, supplements, and does not replace, other existing agreements between the Parties.

D. Other Relationships or Obligations. This MOA shall not affect any pre-existing or independent relationships or obligations between the Parties.

E. Non-Assignable Agreement. This MOA cannot be assigned by either Party.

F. Headings; Counterparts. The headings in this MOA are for purposes of reference only and shall not limit or define the meaning of any provision hereof. This MOA may be executed in any number of counterparts, each of which shall be deemed to be an original, but all of which together shall constitute one and the same document.

G. Applicable Law. This MOA and all matters pertaining to this MOA shall be governed by the laws of the District of Columbia, including all applicable statutes, regulations, directives, and procedures of the District of Columbia and DCPS.

H. Authority of the Parties. By executing this MOA, each Party represents to the other that it is authorized to enter into this MOA and that the person executing this MOA on its behalf is duly authorized to do so.

IN WITNESS WHEREOF, the Parties have caused this MOA to be executed by their duly authorized signatories below.

_____  1/17/2019
Charles Barber, President            Date
Duke Ellington School of the Arts Project Board of Directors

_____  1/17/19
Amanda Alexander, Interim Chancellor  Date
District of Columbia Public Schools

## ATTACHMENT A

**Ellington Review Elements**

I. Organizational management
    A. Articles of incorporation
    B. Bylaws
    C. Committee structure and committee descriptions, if any
    D. Board and committee meeting minutes for the last 24 months
    E. Board adopted policies and resolutions for the last 24 months

II. Programmatic oversight/management plan as memorialized in the Ellington HS Comprehensive School Plan

III. Board capacity/composition
    A. Roster of board members and officers
    B. Experience/expertise of board members
    C. Orientation/training for new board members
    D. Job descriptions for officers
    E. Board member term limit delineation
    F. Delineation of board member roles
    G. Safeguards/policies in place related to conflicts of interest

IV. Fundraising. For School Year 2018 – 19:
    A. Grant applications, awards and grant agreements
    B. Donations
    C. Goals and planning documentation

V. School operations
    A. Students and parents
        i. Handbook
        ii. Student selection/admissions process
        iii. Student residency verification
        iv. Recruitment plan
        v. Student discipline process
        vi. Student grievance process
        vii. Title IX compliance
        viii. Special education/IDEA compliance
        ix. Section 504 compliance
        x. Language Access Act Compliance
            1. Accommodations for students requiring language access services
            2. Materials translated into foreign languages
            3. Process for providing interpretation services
        xi. FERPA compliance
            1. Education records management protocol
        xii. Promotion process
        xiii. Graduation/grading
        xiv. Assessments
        xv. Attendance

        xvi. Community meeting schedule and minutes
- B. Employees
    - i. Handbook
    - ii. Process for selecting Principal
    - iii. Hiring process for Ellington employees
    - iv. Employment contracts/agreements
    - v. Employee job descriptions
    - vi. Training
    - vii. Salaries and benefits
    - viii. Employee misconduct investigations and discipline process
    - ix. Employee grievance process
    - x. Sexual harassment investigations process
- C. Student Activity Fund management
- D. Volunteer service policy
    - i. Background checks compliance
- E. Academic curriculum components
    - i. Instructional practice
- F. Arts curriculum component
    - i. Instructional practice
- G. Procurement process
    - i. Contracts over $100,000
    - ii. Vendor selection process
    - iii. Conflict of interest policy