IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JANE DOE | * | |
|     Plaintiff, | * | |
| v. | * | CASE NO.: 1:22-cv-00811-JEB |
| | * | Judge James E. Boasberg |
| DISTRICT OF COLUMBIA., *et al* | * | |
|     Defendants. | * | |
| | * | |

**PLAINTIFF'S CONSENTED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT DUKE ELLINGTON'S MOTION TO DISMISS**

Plaintiff Jane Doe ("Plaintiff"), through her undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7, hereby files this Consented Motion[1] for Extension of Time to Respond to Defendant District of Columbia's Motion to Dismiss and the grounds in support thereof are as follows:

1. The Plaintiff's Counsel have had unforeseen changes to their calendars that have placed additional challenges to their caseloads recently. As a courtesy, Defendant Duke Ellington, and Counsel for Defendants Rory Pullens and Mitzi Yates have consented for Plaintiff to have an extension to file an opposition until and including June 23, 2022. *Defendant District of Columbia has responded "the District takes no position" on our request.

2. Defendant District of Columbia and other defendants will not be prejudiced by the extension of time to file the opposition and no party will be disadvantaged.

**WHEREFORE**, Plaintiff respectfully requests that the Court permit the requested enlargement of time.

Date: May 20, 2022

---

[1] Plaintiff has received consent from Counsels for: Defendant Duke Ellington School of the Arts, Defendant Mitzi Yates, and Defendant Pullens.

Respectfully submitted,

/s/Howard Haley, Esq.
Howard Haley, Esq.  #999376
7600 Georgia Ave, NW #405
Washington, DC 20012
(202)810-6329
Haleyfirm@gmail.com

 /s/ DawnJackson, Esq.
Dawn R. Jackson, Esquire (D.C. Bar # 485118)
Jackson & Associates Law Firm, LLC
1300 Caraway Court, Suite 100
Upper Marlboro, Maryland 20774
Tel.: (301) 883-0800
Fax: (301) 833-0801
Email: djackson@jacksonassociateslawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of May, a copy of the foregoing Plaintiff's Consented Motion Extension of Time to Respond to Defendant Duke Ellington's Motion to Dismiss and Proposed Order were filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system.  The party may access this filing through the Court's system:

| | |
|---|---|
| Nat P. Calamis, Esq.<br>Samantha N. Lewis, Esq.<br>Carr Maloney, P.C.<br>2020 K. Street N.W., Suite 850<br>Washington, D.C. 20006<br>*Counsel for Defendant Duke Ellington* | Karl A. Racine, Esq.<br>Jim Wiley, Esq.<br>400 6th Street N.W.<br>Washington, D.C.<br>*Counsel for the District of Columbia, District of Columbia Public Schools Defendants* |
| Anessa Abrams, Esq.<br>Ford Harrison LLP<br>2000 M Street, NW, Suite 505<br>Washington, DC 20036<br>*Counsel for Rory Pullens* | Dawn Jackson, Esq.<br>1300 Caraway Ct #100,<br>Upper Marlboro, MD 20774 |

_____/s/_____
Howard Haley, Esq.

2