## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JANE DOE** | * | |
|     **Plaintiff,** | * | |
| v. | * | CASE NO.: 1:22-cv-00811-JEB |
| | * | Judge James E. Boasberg |
| **DISTRICT OF COLUMBIA.,** *et al* | * | |
|     **Defendants.** | * | |
| | * | |

### ORDER GRANTING PLAINTIFF'S CONSENTED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT DUKE ELLINGTON'S MOTION TO DISMISS

UPON CONSIDERATION of Plaintiff's Consented Motion for Extension of Time to Respond to Defendant District of Columbia's Motion to Dismiss, and for good cause shown, it is hereby

**ORDERED** that of Plaintiff's Consented Motion for Extension of Time to Respond to Defendant District of Columbia's Motion to Dismiss be and hereby is GRANTED; and it is further

**ORDERED** that Plaintiff shall have up to and including June 23, 2022 to respond to Defendant's Motion to Dismiss.

**SO ORDERED** this _____ day of May, 2022.

_____
Judge James E. Boasberg

**Copies To:**

Dawn R. Anderson-Jackson, Esq.
djackson@jacksonassociateslawfirm.com
Howard Haley, Esq.
HaleyFirm@gmail.com
*Counsel for Plaintiff*

James Arland Wiley
Stephanie Litos, Esq.
Jim.wiley@dc.gov
Stephanie.lios@dc.gov
*Counsel for Defendants District of Columbia and DC Public School System*

Nat P. Calamis, Esq.
Nat.Calamis@carrmaloney.com
Samantha N. Lewis, Esq.
Samantha.Lewis@carrmaloney.com
*Counsel for Defendant DESAP*

Anessa Abrams
Aabrams@fordharrison.com
*Counsel for Defendant Pullens*
*Counsel for Defendant Yates*