**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JANE DOE

             Plaintiff,

     v.

DUKE ELLINGTON SCHOOL OF THE ARTS
PROJECT, *et al.*,

           Defendants.

Civil Action No. 1:22-cv-00811-JEB

**PART 3 OF EXHIBIT 1 TO THE DECLARATION OF RORY PULLENS IN SUPPORT
OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

...

## Superior Court of the District of Columbia

### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**          USW NO:

**2020CRW01471**

| DEFENDANT NAME: ▓ | NICKNAME: N/A | ALIASES: N/A | CCN: ▓ | PDID: None |
|---|---|---|---|---|
| SEX: RACE: DOB: ▓ | HGT: WGT: EYES: COMP: | | SCARS, MARKS, TATOOS: None visible | |
| DEFENDANT'S ADDRESS: ▓ | | | HOME PHONE NUMBER: N/A | |
| DEFENDANT'S BUSINESS ADDRESS: ▓ | | | CELLULAR PHONE NUMBER: ▓ | |
| COMPLAINANT'S NAME: Minor Victim (16 year old Male) | | | TELEPHONE NUMBER: On File | |
| LOCATION OF OFFENSE: ▓ | | | DATE OF OFFENSE: January 21, 2018 | TIME OF OFFENSE: @0910 hours |

CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.

| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 55 = Alcoholic | __ 20 = Known to abuse drugs |
|---|---|---|---|
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 60 = Allergies | __ 80 = Medication Required |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 65 = Epilepsy | __ 90 = Diabetic |
| __ 15 = Explosive Expertise | __ 85 = Hemophiliac | __ 70 = Suicidal | __ 01 = Other = Mental Health Conditions |

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

The complainant stated that in October, 2019, he was with friends in a dorm room, to include Witness #1 and Witness #3, and disclosed what occurred with the defendant. Witness #1 generated an anonymous email address and, along with the complainant, sent an email to the school from Witness #1's laptop.

The complainant was asked when the last time was that he was in contact with the defendant. He advised that he had not spoken with the defendant since graduation in June, 2019, but received a text message and phone call from him on October 23, 2019. This was also the same day that the defendant was advised of the allegation and placed on leave at school. The defendant texted the complainant and asked when he was going to be home from school because he wanted him to record vocals for a few songs the defendant had written. The two began to speak on the phone and, while speaking on the phone, the defendant sent a text message to the complainant asking him if he still had the phone application, Snap Chat, as he wished to ask him a question. When the complainant responded that he did have the application, the defendant sent him a message asking if he had ever told anyone about what occurred between them. The complainant responded that he had not.

The complainant provided your affiant with additional text messages, which occurred after your affiant contacted him in reference to an interview. On November 19, 2019, the complainant texted the defendant and told him that he had to call him later. The defendant responded Ok and asked if something was wrong. The complainant said that there was but could not talk about it at that time. Later in the evening, the complainant called the defendant and told him that he was contacted by your affiant and that he was going to talk to your affiant. The complainant stated that he did not feel as though he could lie about what happened. The defendant asked the complainant to "help him," said that "this could ruin" him, and asked him "not to tell the truth." The complainant said that he was not going to lie but to let him think about it. The following day, the defendant texted the complainant and asked if he was going to call the defendant back, the complainant responded that he was not ready.

TO: WARRANT CLERK
PLEASE ISSUE WARRANT FOR: ▓

Charge With: ▓

First Degree Sexual Abuse of a Minor
ASSISTANT UNITED STATES ATTORNEY
_Sharon Marcus-Kurn_

AFFIANT'S SIGNATURE:

X _(signature)_

SUBSCRIBED AND SWORN BEFORE ME THIS
16 DAY OF March 20 20

_Neal E. Kurt_
(JUDGE) ~~DEPUTY CLERK~~ SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

_DCIC APPROVED_

2020CRW01471

## Superior Court of the District of Columbia
### CRIMINAL DIVISION
### AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

USW NO:

| DEFENDANT NAME: | | NICKNAME: N/A | ALIASES: N/A | | CCN: | | PDID: None |
|---|---|---|---|---|---|---|---|
| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | COMP: | SCARS, MARKS, TATOOS: None visible |
| DEFENDANT'S ADDRESS: | | | | | | HOME PHONE NUMBER: N/A | |
| DEFENDANT'S BUSINESS ADDRESS: | | | | | | CELLULAR PHONE NUMBER: | |

| COMPLAINANT'S NAME: Minor Victim (16 year old Male) | | TELEPHONE NUMBER: On File | |
|---|---|---|---|
| LOCATION OF OFFENSE: | | DATE OF OFFENSE: January 20, 2018 | TIME OF OFFENSE: @0010 hours |

CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.

| | | |
|---|---|---|
| 00 = Armed and Dangerous | 25 = Escape Risk | 20 = Known to abuse drugs |
| 05 = Violent Tendencies | 30 = Sexually Violent Predator | 80 = Medication Required |
| 10 = Martial Arts Expert | 50 = Heart Condition | 65 = Allergies | 90 = Diabetic |
| 15 = Explosive Expertise | 65 = Hemophiliac | 55 = Alcoholic | 01 = Other – Mental Health Conditions |
| | | 60 = Epilepsy | |
| | | 70 = Suicidal | |

### GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:

Your affiant conducted an interview with Witness #3 who reported that in May or June, 2018, he was told by the complainant. The complainant told him that he "did something with ███████" Witness #3 asked him what occurred and the complainant told him that he "gave him head." Witness #3 does not recall speaking with the complainant about it again until toward the end of October, 2019. He stated that he was with the complainant and Witness #1, and another friend, when the complainant disclosed the incident to them. The complainant told the group about "giving head" to "████████" Witness #1 stated that it was not right and they should do something about it. They all decided to make the anonymous email address and send an email to the school.

On February 5, 2020, your affiant received information relating to the defendant's Uber activity during the time frame of the reported abuse. Your affiant located a ride on January 20, 2018, that began at 229 Swamp Fox Road, Alexandria, VA, which is next to the AMC Hoffman Theater, and ended at █████████████████which is the defendant's address. The ride began at 11:38PM and ended at 12:27AM on January 21, 2018. A GPS picture was provided with the information that indicates the driver took an exit off of 295 Northbound that would deviate from a direct path to the defendant's residence. The exit would also coincide with the Uber first going to Witness #2's residence and then the complainant's residence before ending at the defendant's residence.

Your affiant confirmed that on January 20, 2018, there was a show at the Kennedy Center and the aforementioned musical artist Babyface was in attendance.

On March 9, 2020, your affiant conducted an interview with Witness #2. Witness #2 stated that she used to be close with the complainant when they were in school but they no longer speak to one another. She reported that the defendant was her 10th and 11th grade Sight Singing teacher as well as the Music Director for Show Choir and Director of Concert Choir, both of which she was a member of.

AFFIANT'S SIGNATURE:

x ███████

TO: WARRANT CLERK
PLEASE ISSUE WARRANT FOR:

Charge With

First Degree Sexual Abuse of a Minor
ASSISTANT UNITED STATES ATTORNEY
Sharon Marciano

SUBSCRIBED AND SWORN BEFORE ME THIS
16 DAY OF March 20 20

Neal E. K_____

(JUDGE) DEPUTY CLERK, SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

NCIC ARROWS

2020CRW01471

## Superior Court of the District of Columbia

### CRIMINAL DIVISION

### AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

USW NO:

| DEFENDANT NAME: | | NICKNAME: N/A | ALIASES: N/A | | CCN: | PDID: None |
|---|---|---|---|---|---|---|
| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | COMP: | SCARS, MARKS, TATOOS: None visible |

| DEFENDANT'S ADDRESS: | HOME PHONE NUMBER: N/A |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: | CELLULAR PHONE NUMBER: |

| COMPLAINANT'S NAME: Minor Victim (16 year old Male) | TELEPHONE NUMBER: On File |
|---|---|
| LOCATION OF OFFENSE: | DATE OF OFFENSE January 21, 2018 | TIME OF OFFENSE 0010 hours |

CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.

- __ 00 = Armed and Dangerous
- __ 05 = Violent Tendencies
- __ 10 = Martial Arts Expert
- __ 15 = Explosive Expertise
- __ 25 = Escape Risk
- __ 30 = Sexually Violent Predator
- __ 50 = Heart Condition
- __ 55 = Hemophiliac
- __ 56 = Alcoholic
- __ 60 = Allergies
- __ 65 = Epilepsy
- __ 70 = Suicidal
- __ 20 = Known to abuse drugs
- __ 80 = Medication Required
- __ 90 = Diabetic
- __ 01 = Other – Mental Health Conditions

### GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:

Witness #2 recalled performing at the Kennedy Center in front of the artist Babyface but at first believed that she went home directly after the show. When asked about a possible trip to the movies in Virginia, she stated that she did not recall if this was the same date but did not believe so. Witness #2 then looked at pictures and videos on her phone and observed pictures from January 20, 2018, that were marked with the tag AMC Hoffman logo.

Witness #2 stated that she took an Uber home but could not recall if she was in an Uber with the complainant and the defendant.

Your affiant obtained Witness #2's address and found it to be directly on the Uber GPS route provided for the defendant for January 20, 2018. The complainant's residence is approximately 2.4 miles from Witness #2's residence, and would take approximately 10-11 minutes.

At the time of the offense, the defendant was 25 years old and in a significant relationship, the complainant's teacher, with the minor complainant, who was 16 years old at the time of the offense.

On March 11, 2020, your affiant presented the complainant a single confirmation photograph which depicted the defendant. This process was conducted via Face Time and audio recorded. Your affiant read the complainant the viewing sheet instructions and then showed him the photograph on the page. Your affiant asked the complainant three questions that are located at the bottom of the page. The complainant responded that he knew the individual in the photograph, has since 2015, and refers to him as _____ Your affiant asked if this was the same individual with whom he has been speaking to your affiant about and he responded that it is.

Based on the aforementioned set of facts and circumstances, your affiant believes that probable cause exists and respectfully requests a DC Superior Court arrest warrant be issued for the defendant.

TO: WARRANT CLERK
PLEASE ISSUE WARRANT FOR:

Charge With:

First Degree Sexual Abuse of a Minor
ASSISTANT UNITED STATES ATTORNEY

AFFIANT'S SIGNATURE:

x _____

SUBSCRIBED AND SWORN BEFORE ME THIS
16 DAY OF March 20 20

_____
(JUDGE) DEPUTY CLERK SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

### CRIMINAL DIVISION

DCTN: _____

Lockup No: _____

### COMPLAINT

Case No: _____

District of Columbia ss:

Defendant's Name: ███████████              (PDID)      (CCNO)

             (First)     (MI)   (Last)

Also Known As: _____

             (First)     (Middle)   (Last)

Address: ████████████████

Between on or about May 1, 2015, and on or about August 30, 2015, within the District of Columbia, ████████, being more than four years older than S. C., a child under sixteen years of age, that is, 15 years of age, and being in a significant relationship with S. C., engaged in a sexual act with that child and caused that child to engage in a sexual act, that is penetration of S. C.'s vulva by ████████ penis. **(First Degree Child Sexual Abuse, in violation of 22 D.C. Code, Section 3008, with Aggravating Circumstances, in violation of 22 D.C. Code Section 3020(a)(2) (2001 ed.)**

Co-Defendants:

                                          _____ TILLEY, KIEL D21701

                                                   Affiant's Name

Subscribed and sworn to before me this _____ 23 _____ day of _____ **March, 2021** _____

                                                    (Judge)  (Deputy Clerk)

### WARRANT

*To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:*

    WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for        *Mark Walker*

YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.

Issued _____

                                      *Judge - Superior Court of the District of Columbia*

Title 16: ☐       Rule 105: ☐ Judge: _____

| Sex: ███ | DOB: ████████ | CCN: ██████ | PDID: |
|---|---|---|---|
| Papering Officer: Kiel Tilley | | | Badge No.: D21701 |

#### OFFICER MUST EXECUTE RETURN

| Officer's Name: | | Date / Time: March 23, 2021 | | |
|---|---|---|---|---|
| AUSA Signature: | | Fel. I ☐ | AFTC ☐ | Fel. II ☐ |

# Superior Court of the District of Columbia

CRIMINAL DIVISION

## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

USW NO:

| DEFENDANT NAME: | | NICKNAME: | ALIASES: | | CCN: | PDID : |
|---|---|---|---|---|---|---|
| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | COMP: | SCARS, MARKS, TATTOOS: |

| DEFENDANT'S ADDRESS: | HOME PHONE NUMBER: |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: | CELLULAR PHONE NUMBER: |

| COMPLAINANT'S NAME:<br>S.C. | TELEPHONE NUMBER:<br>On file |
|---|---|
| LOCATION OF OFFENSE: | DATE OF OFFENSE<br>May 2015 | TIME OF OFFENSE<br>PM Hours |

CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.

| | | |
|---|---|---|
| 00 = Armed and Dangerous | 25 = Escape Risk | 55 = Alcoholic | 20 = Known to abuse drugs |
| 05 = Violent Tendencies | 30 = Sexually Violent Predator | 60 = Allergies | 80 = Medication Required |
| 10 = Martial Arts Expert | 50 = Heart Condition | 65 = Epilepsy | 90 = Diabetic |
| 15 = Explosive Expertise | 85 = Hemophiliac | 70 = Suicidal | 01 = Other – Mental Health Conditions |

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

The complainant began demonstrating an emotional response to the interview, audibly crying. Your affiant then offered to conduct the interview in person and the complainant agreed. Your affiant met the complainant in person on a later date.

The complainant reported the relationship with ▓▓▓▓▓ began in 2015 while attending an afterschool program coordinated by ▓▓▓▓▓ Students would watch movies and do coursework; ▓▓▓▓▓ also would drive a group of students home after the program each night- dropping the complainant off last of the group. On one such occasion, in May of 2015, before the complainant turned 16, ▓▓▓▓▓ kissed the complainant.

The complainant reported that this kiss occurred in ▓▓▓▓▓ vehicle near the complainant's home. The complainant disclosed telling ▓▓▓▓▓ the complainant had never been kissed before and he replied that he would show her. The complainant described the kiss as "on the mouth with tongue," inside of his red sport utility vehicle. ▓▓▓▓▓ then drove the complainant home.

▓▓▓▓▓ began buying the complainant random items at school, prompting classmates to notice. ▓▓▓▓▓ would also touch the complainant's knee under the table during classes and would routinely meet individually with her to discuss their relationship under the guise of instruction. This relationship, which the complainant described as "romantic," continued for a year.

The complainant reported ▓▓▓▓▓ summer she visited ▓▓▓▓▓ home on multiple occasions, describing its location in Northeast DC, near Turkey Thicket Recreation Center (of note- ▓▓▓▓▓ registered DMV address is 0.1 miles from Turkey Thicket Recreation Center). These visits included movies and food, which ▓▓▓▓▓ would buy for the complainant. ▓▓▓▓▓ would routinely walk her home from school and they would frequent parks along the

| | |
|---|---|
| TO: WARRANT CLERK<br>PLEASE ISSUE WARRANT FOR: ▓▓▓▓▓ | AFFIANT'S SIGNATURE:<br>X _____ |
| Charge With:  First Degree Child Sexual Abuse with Aggravating Circumstances | SUBSCRIBED AND SWORN BEFORE ME THIS<br>_____ DAY OF _____ 20___ |
| _~signature~_  3/23/21 nclo approved<br>ASSISTANT UNITED STATES ATTORNEY | |
| | _____<br>(JUDGE) DETPUTY CLERK)<br>SUPERIOR COURT OF THE DISTRICT OF COLUMBIA |

## Superior Court of the District of Columbia
### CRIMINAL DIVISION
### AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

USW NO:

| DEFENDANT NAME: | | NICKNAME: | ALIASES: | CCN: | | PDID: |
|---|---|---|---|---|---|---|
| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | COMP: | SCARS, MARKS, TATTOOS: |

| DEFENDANT'S ADDRESS: | HOME PHONE NUMBER: |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: | CELLULAR PHONE NUMBER: |

| COMPLAINANT'S NAME: | TELEPHONE NUMBER: |
|---|---|
| S.C. | On file |

| LOCATION OF OFFENSE: | DATE OF OFFENSE | TIME OF OFFENSE |
|---|---|---|
| | May 2015 | PM Hours |

CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.

| 00 = Armed and Dangerous | 25 = Escape Risk | 55 = Alcoholic | 20 = Known to abuse drugs |
| 05 = Violent Tendencies | 30 = Sexually Violent Predator | 60 = Allergies | 80 = Medication Required |
| 10 = Martial Arts Expert | 50 = Heart Condition | 65 = Epilepsy | 90 = Diabetic |
| 15 = Explosive Expertise | 86 = Hemophiliac | 70 = Suicidal | 01 = Other – Mental Health Conditions |

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

status to manipulate the student, who was now coming to terms with the past and addressing what had transpired. Witness-4 stated that Defendant ▮▮▮ had frequently driven this student home as part of their relationship.

Your affiant made contact with Witness-5 in reference to the investigation of Defendant ▮▮▮. Witness-5 affirmed attending the school where Defendant ▮▮▮ was a teacher. Your affiant explained to Witness-5 that the scope of the investigation involved interactions between students and faculty during Witness-5's time at the school. Upon learning of the scope of the investigation, Witness-5 declined to speak with law enforcement any further.

Your affiant attempted to provide Defendant ▮▮▮ an opportunity to provide a statement in reference to the investigation. Your affiant traveled to the listed residence of Defendant ▮▮▮ and encountered an individual who stated they lived at the location with Defendant ▮▮▮. The individual accepted your affiant's contact information and agreed to provide it to Defendant ▮▮▮. Defendant ▮▮▮ contacted the undersigned via telephone later and stated that due to having faced accusations previously, he was unsure about providing a statement to your affiant. Defendant ▮▮▮ has not yet provided a statement in reference to this investigation.

At the time of the reported offenses, the complainant was 15 years old and Defendant ▮▮▮ was 35 – 36 years old. Defendant ▮▮▮ employee records indicated that he was employed at the complainant's school between 2014 and 2019, when Defendant ▮▮▮ resigned. The complainant attended the school between 2013 and 2017 and reported that Defendant ▮▮▮ was her visual arts teacher at the school.

Defendant ▮▮▮ was in a significant relationship with the complainant and over the age of 18 when he engaged in sexual acts with the complainant, a child per DC Code. Your affiant believes there to be sufficient probable cause for the arrest of Defendant ▮▮▮ for the appropriate charges.

|  |  |
|---|---|
| **TO: WARRANT CLERK**<br>PLEASE ISSUE WARRANT FOR: ▮▮▮ | **AFFIANT'S SIGNATURE:**<br>X _____ |
| Charge With:  First Degree Child Sexual Abuse with Aggravating Circumstances | SUBSCRIBED AND SWORN BEFORE ME THIS<br>_____ DAY OF _____ 20____ |
| _____   3/23/21   ncic approved<br>ASSISTANT UNITED STATES ATTORNEY | _____<br>(JUDGE) DETPUTY CLERK)<br>SUPERIOR COURT OF THE DISTRICT OF COLUMBIA |

# Superior Court of the District of Columbia

## CRIMINAL DIVISION
## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

USW NO:

| DEFENDANT NAME: | | NICKNAME: | ALIASES: | | CCN: | | PDID: |
|---|---|---|---|---|---|---|---|
| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | COMP: | SCARS, MARKS, TATTOOS: |
| DEFENDANT'S ADDRESS: | | | | | HOME PHONE NUMBER: | | |
| DEFENDANT'S BUSINESS ADDRESS: | | | | | CELLULAR PHONE NUMBER: | | |
| COMPLAINANT'S NAME:<br>S.C. | | | | | TELEPHONE NUMBER:<br>On file | | |
| LOCATION OF OFFENSE: | | | | | DATE OF OFFENSE<br>May 2015 | TIME OF OFFENSE<br>PM Hours | |

CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.

| | | | | |
|---|---|---|---|---|
| ___ 00 = Armed and Dangerous | ___ 25 = Escape Risk | ___ 55 = Alcoholic | ___ 20 = Known to abuse drugs | |
| ___ 05 = Violent Tendencies | ___ 30 = Sexually Violent Predator | ___ 60 = Allergies | ___ 80 = Medication Required | |
| ___ 10 = Martial Arts Expert | ___ 50 = Heart Condition | ___ 65 = Epilepsy | ___ 90 = Diabetic | |
| ___ 15 = Explosive Expertise | ___ 85 = Hemophiliac | ___ 70 = Suicidal | ___ 01 = Other - Mental Health Conditions | |

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

Witness-1 also identified the complainant, who directly disclosed a romantic relationship with ███████████ to Witness-1. The complainant disclosed to Witness-1 that during their sophomore year the complainant developed a romantic relationship with ███████, who fell in love with the complainant. The complainant disclosed going to ███████ house where they would engage in oral sex, but ███████ allegedly did not wish to engage in other acts because of their status as a student. Witness-1 believes these events took place in either 2014 or 2015. The complainant disclosed this in a classroom setting during their senior year, possibly 2016. The complainant began by speaking with a small group of friends but addressed the whole class as the complainant noticed their attention. The complainant stated she wanted to address the rumors about ███████ and to confirm them. The complainant stated that ███████ would "definitely always love me" and they stopped talking because the complainant's family would not understand.

Your affiant was able to contact the complainant via telephone in reference to the allegations, who agreed to speak about her time at the school attended by Witness-1 and the complainant. The complainant confirmed that she attended Witness-1's school from 2013-2017. Your affiant explained the scope of the investigation and the complainant stated that they understood why they contact was made. The complainant reported that during high school a person took advantage of the complainant, that person was a visual arts teacher. The complainant reported that at the time, she was 14 years old and the teacher was 33 years old. The complainant identified the teacher as ███████.

The complainant reported that ███████ began sending the complainant letters and began taking her home from school. ███████ also began inviting the complainant over to his home, and on one occasion attempting to have sexual intercourse with the complainant. The complainant reported that she was a virgin at that time. This incident occurred over the summer at his home, in his bedroom. ███████ attempted to penetrate the complainant, which frightened the complainant and made the complainant cry. This occurred while the complainant was a student in the summer of 2015 or 2016.

| | |
|---|---|
| TO: WARRANT CLERK<br>PLEASE ISSUE WARRANT FOR: ███████ | AFFIANT'S SIGNATURE:<br>X _____ |
| Charge With: ___ First Degree Child Sexual Abuse with Aggravating Circumstances | SUBSCRIBED AND SWORN BEFORE ME THIS<br>_____ DAY OF _____ 20___ |
| _____ 3/23/21 ncic approved<br>ASSISTANT UNITED STATES ATTORNEY | (JUDGE) DETPUTY CLERK)<br>SUPERIOR COURT OF THE DISTRICT OF COLUMBIA |

## Superior Court of the District of Columbia

### CRIMINAL DIVISION
### AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT          USW NO:

| DEFENDANT NAME: | | NICKNAME: | ALIASES: | CCN: | PDID: |
|---|---|---|---|---|---|
| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | COMP: | SCARS, MARKS, TATTOOS: |

DEFENDANT'S ADDRESS:                                      HOME PHONE NUMBER:

DEFENDANT'S BUSINESS ADDRESS:                            CELLULAR PHONE NUMBER:

COMPLAINANT'S NAME:                                      TELEPHONE NUMBER:
S.C.                                                     On file

LOCATION OF OFFENSE:          DATE OF OFFENSE          TIME OF OFFENSE
                              May 2015                 PM Hours

CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.

| Code | | Code | | Code | | Code | |
|---|---|---|---|---|---|---|---|
| 00 = Armed and Dangerous | | 25 = Escape Risk | | 55 = Alcoholic | | 20 = Known to abuse drugs | |
| 05 = Violent Tendencies | | 30 = Sexually Violent Predator | | 60 = Allergies | | 80 = Medication Required | |
| 10 = Martial Arts Expert | | 50 = Heart Condition | | 65 = Epilepsy | | 90 = Diabetic | |
| 15 = Explosive Expertise | | 85 = Hemophiliac | | 70 = Suicidal | | 01 = Other – Mental Health Conditions | |

GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:

students and bought gifts for a small number of selected students. Witness-1 reported that ▮▮▮▮▮ bought general items for the class, but bought very specific items for others. Witness-1 stated the general gifts were intended to distract from the personal gifts provided for certain students. ▮▮▮▮▮ would buy food, drinks and candy for two female students based on their preference but would then buy general community food for the rest of class.

Witness-1 reported that ▮▮▮▮▮ would give them money for food and lunch, as well as birthday presents and rock specimens for their birthday. Witness-1 stated this was due to their interest in geology. Witness-1 reported that while ▮▮▮▮▮ was still their teacher, he would speak of plans post-graduation often to include visits to his house and museums. After Witness-1 graduated, they reported visiting ▮▮▮▮▮ house and spending time as friends as opposed to a normal teacher-student relationship. Witness-1 reported ▮▮▮▮▮ house as being located near Turkey Thicket Recreation Center and the Brookland Metro Station. These visits included conversation, drinking and smoking THC cartridges from ▮▮▮▮▮ vape.

Witness-1 reported this relationship resulted in sexual intercourse on one occasion with ▮▮▮▮▮ after Witness-1 had graduated; Witness-1 was 17 years of age at that time. Witness-1 reported that ▮▮▮▮▮ spoke of their age during the act and acknowledging Witness-1's status of a former student, but the sexual act occurred. The complainant stated that they were enthusiastic during the act as Witness-1 "really idolized" ▮▮▮▮▮ and sought his affection, but regretted the act after its completion. Witness-1 described the act as ▮▮▮▮▮ "inserting his penis into me."

Witness-1 reported that no sexual acts occurred while Witness-1 was a student, but identified two other students who had similar relationships with ▮▮▮▮▮. Witness-1 identified Witness-5 as a student that ▮▮▮▮▮ bought numerous gifts for, and reported that ▮▮▮▮▮ discussed his relationship with Witness-5 with Witness-1. Witness-1 believed that ▮▮▮▮▮ also visited Witness-5 after graduation at their college.

TO: WARRANT CLERK
PLEASE ISSUE WARRANT FOR:                    AFFIANT'S SIGNATURE:
                                             X _____
Charge With ___ First Degree Child Sexual Abuse with Aggravating Circumstances
                                             SUBSCRIBED AND SWORN BEFORE ME THIS
_____  3/23/21 nolo approved         _____ DAY OF _____ 20 ___
ASSISTANT UNITED STATES ATTORNEY
                                             (JUDGE) DEPUTY CLERK)
                                             SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

# Superior Court of the District of Columbia

### CRIMINAL DIVISION
## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT          USW NO:

| DEFENDANT NAME: | | | NICKNAME: | | ALIASES: | | CCN: | | PDID : |
|---|---|---|---|---|---|---|---|---|---|

| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | COMP: | SCARS, MARKS, TATTOOS: |
|---|---|---|---|---|---|---|---|

| DEFENDANT'S ADDRESS: | HOME PHONE NUMBER: |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: | CELLULAR PHONE NUMBER: |

| COMPLAINANT'S NAME: S.C. | TELEPHONE NUMBER: On file |
|---|---|
| LOCATION OF OFFENSE: | DATE OF OFFENSE May 2015 | TIME OF OFFENSE PM Hours |

CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.

| ___ 00 = Armed and Dangerous | ___ 25 = Escape Risk | ___ 55 = Alcoholic | ___ 20 = Known to abuse drugs |
|---|---|---|---|
| ___ 05 = Violent Tendencies | ___ 30 = Sexually Violent Predator | ___ 60 = Allergies | ___ 80 = Medication Required |
| ___ 10 = Martial Arts Expert | ___ 50 = Heart Condition | ___ 65 = Epilepsy | ___ 90 = Diabetic |
| ___ 15 = Explosive Expertise | ___ 85 = Hemophiliac | ___ 70 = Suicidal | ___ 01 = Other = Mental Health Conditions |

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

On June 22, 2020, an investigator within DC Public Schools (DCPS) Comprehensive Alternative Resolution and Equity (CARE) team filed a report with the DC Child and Family Services Agency that Witness-1 had filed a complaint against a former teacher. The former teacher was identified as ▮▮▮▮▮▮, who taught at Witness-1's school. The complaint alleged that Witness-1 had been "groomed" by ▮▮▮▮▮ during their time in the school. The grooming behavior resulted in Witness-1 engaging in a sexual act with ▮▮▮▮▮.

In the initial complaint to the CARE team, Witness-1 reported that ▮▮▮▮▮ bought them gifts, meals and a special crystal for their birthday. A personal relationship ensued between the student and ▮▮▮▮, which included visits by Witness-1 to the home of ▮▮▮▮. On the third visit, Witness-1 reported engaging in sexual intercourse with ▮▮▮▮▮, who told Witness-1 that they should not be engaging in such behavior due to the age of Witness-1. Witness-1 reported that they only engaged in sexual activity ▮▮▮▮▮ on the third visit, the other occasions only involved "hanging out and cuddling."

Witness-1 reported the level of attention shown by ▮▮▮▮▮ was unique and not shown to all students by ▮▮▮▮. Witness-1 identified two other students with whom ▮▮▮▮ had close, personal relationships with: the complainant and Witness-5.

Your affiant, Detective Kiel Tilley, conducted an interview with Witness-1 in reference to the complaint filed with the CARE team.

Witness-1 identified ▮▮▮▮▮ as the teacher in the complaint and that he was originally the photography teacher, although his roles changed while Witness-1 was a student. Witness-1 described ▮▮▮▮▮ as different from other staff with regard to his vocabulary (using language more age appropriate for students) and due to the amount of personal information he would share with students. Witness-1 reported ▮▮▮▮▮ sought to gain the trust of the

| TO: WARRANT CLERK PLEASE ISSUE WARRANT FOR: ▮▮▮▮▮ | AFFIANT'S SIGNATURE: X _____ |
|---|---|
| Charge With: _First Degree Child Sexual Abuse with Aggravating Circumstances_ | SUBSCRIBED AND SWORN BEFORE ME THIS _____ DAY OF _____ 20__ |
| _Casey Sweeney_       3/23/21 nclc approved ASSISTANT UNITED STATES ATTORNEY | _____ (JUDGE) DETPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA |

# Superior Court of the District of Columbia

## CRIMINAL DIVISION
### AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT          USW NO:

| DEFENDANT NAME: | | | NICKNAME: | ALIASES: | | CCN: | PDID: |
|---|---|---|---|---|---|---|---|

| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | COMP: | SCARS, MARKS, TATTOOS: |
|---|---|---|---|---|---|---|---|

| DEFENDANT'S ADDRESS: | HOME PHONE NUMBER: |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: | CELLULAR PHONE NUMBER: |

| COMPLAINANT'S NAME: S.C. | TELEPHONE NUMBER: On file |
|---|---|
| LOCATION OF OFFENSE: | DATE OF OFFENSE: May 2015 / TIME OF OFFENSE: PM Hours |

CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.

| | | |
|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 55 = Alcoholic     __ 20 = Known to abuse drugs |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 60 = Allergies     __ 80 = Medication Required |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 65 = Epilepsy     __ 90 = Diabetic |
| __ 15 = Explosive Expertise | __ 85 = Hemophiliac | __ 70 = Suicidal     __ 01 = Other - Mental Health Conditions |

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

On June 22, 2020, an investigator within DC Public Schools (DCPS) Comprehensive Alternative Resolution and Equity (CARE) team filed a report with the DC Child and Family Services Agency that Witness-1 had filed a complaint against a former teacher. The former teacher was identified as ▮▮▮▮▮▮▮▮, who taught at Witness-1's school. The complaint alleged that Witness-1 had been "groomed" by ▮▮▮▮▮▮ during their time in the school. The grooming behavior resulted in Witness-1 engaging in a sexual act with ▮▮▮▮▮▮.

In the initial complaint to the CARE team, Witness-1 reported that ▮▮▮▮▮▮ bought them gifts, meals and a special crystal for their birthday. A personal relationship ensued between the student and ▮▮▮▮▮▮, which included visits by Witness-1 to the home of ▮▮▮▮▮▮. On the third visit, Witness-1 reported engaging in sexual intercourse with ▮▮▮▮▮▮, who told Witness-1 that they should not be engaging in such behavior due to the age of Witness-1. Witness-1 reported that they only engaged in sexual activity ▮▮▮▮▮▮ on the third visit, the other occasions only involved "hanging out and cuddling."

Witness-1 reported the level of attention shown by ▮▮▮▮▮▮ was unique and not shown to all students by ▮▮▮▮▮▮. Witness-1 identified two other students with whom ▮▮▮▮▮▮ had close, personal relationships with: the complainant and Witness-5.

Your affiant, Detective Kiel Tilley, conducted an interview with Witness-1 in reference to the complaint filed with the CARE team.

Witness-1 identified ▮▮▮▮▮▮ as the teacher in the complaint and that he was originally the photography teacher, although his roles changed while Witness-1 was a student. Witness-1 described ▮▮▮▮▮▮ as different from other staff with regard to his vocabulary (using language more age appropriate for students) and due to the amount of personal information he would share with students. Witness-1 reported ▮▮▮▮▮▮ sought to gain the trust of the

| TO: WARRANT CLERK | AFFIANT'S SIGNATURE: |
|---|---|
| PLEASE ISSUE WARRANT FOR: ▮▮▮▮▮▮ | X _____ |
| Charge With: _First Degree Child Sexual Abuse with Aggravating Circumstances_ | SUBSCRIBED AND SWORN BEFORE ME THIS ___ DAY OF _____ 20__ |
| _____     3/23/21 nclc approved | |
| ASSISTANT UNITED STATES ATTORNEY | (JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA |

# Superior Court of the District of Columbia

## CRIMINAL DIVISION
### AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT          USW NO:

| DEFENDANT NAME: | | NICKNAME: | ALIASES: | | CCN: | | PDID: |
|---|---|---|---|---|---|---|---|
| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | COMP: | SCARS, MARKS, TATTOOS: |
| DEFENDANT'S ADDRESS: | | | | | HOME PHONE NUMBER: | | |
| DEFENDANT'S BUSINESS ADDRESS: | | | | | CELLULAR PHONE NUMBER: | | |

| COMPLAINANT'S NAME:  S.C. | TELEPHONE NUMBER:  On file |
|---|---|

| LOCATION OF OFFENSE: | DATE OF OFFENSE  May 2015 | TIME OF OFFENSE  PM Hours |
|---|---|---|

**CAUTION AND MEDICAL CONDITIONS (CMC)** Select a valid CMC code below for wanted person when using the caution indicator.

| | | | | |
|---|---|---|---|---|
| 00 = Armed and Dangerous | 25 = Escape Risk | 55 = Alcoholic | 20 = Known to abuse drugs | |
| 05 = Violent Tendencies | 30 = Sexually Violent Predator | 60 = Allergies | 80 = Medication Required | |
| 10 = Martial Arts Expert | 50 = Heart Condition | 65 = Epilepsy | 90 = Diabetic | |
| 15 = Explosive Expertise | 85 = Hemophiliac | 70 = Suicide | 01 = Other – Mental Health Conditions | |

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

way. The complainant's school in 2015 was located in a different location than its current location, allowing the complainant to walk home.

The complainant described one specific day she spent with ███████. On this day, they were discussing their relationship status as ███████ indicated his wishes to marry and meet her family. ███████ discussed how their relationship would look when she turned 18 because he did not want people to know how it began, wanting to be discreet. The complainant then told him that she was a virgin, and she did not want to have intercourse with him. The complainant told ███████ that she did not want to give him her virginity due to his age, position as her teacher, and how she felt it would affect her mentally. ███████ questioned her resistance to having intercourse but acknowledged her concerns.

On the same day, they returned to the home of ███████. Late into the night, they were laying on a futon and were kissing each other. The complainant reported that he "forced himself" upon her by penetrating her vagina with his penis. This occurred inside of ███████ bedroom. The complainant reported that she had recently told ███████ she did not want to engage in vaginal intercourse, as she was a virgin. The complainant stated she was wearing a "blue t-shirt dress" that ███████ removed, as well as his own clothing. ███████ was touching her breasts, vagina, her lips, and neck. The complainant reported they were both nude at this time, with ███████ wearing boxer shorts.

The complainant reported she was "following his lead" during this incident as she was unsure what to do in this situation. The complainant reported that ███████ digitally penetrated her and then penetrated her vagina with his penis. The complainant reported that ███████ had penetrated her for approximately 10 seconds, felt pain, then pushed ███████ off of her. The complainant instantly began crying and described experiencing a "wave of emotions." The complainant questioned why he would penetrate her despite explicitly telling him she did not want that

| TO: WARRANT CLERK  PLEASE ISSUE WARRANT FOR: ███████ | AFFIANT'S SIGNATURE:  X _____ |
|---|---|
| Charge With: First Degree Child Sexual Abuse with Aggravating Circumstances | SUBSCRIBED AND SWORN BEFORE ME THIS _____ DAY OF _____, 20____ |
| _Andy Gmstong_   3/23/21 nclc approved  ASSISTANT UNITED STATES ATTORNEY | (JUDGE) DETPUTY CLERK)  SUPERIOR COURT OF THE DISTRICT OF COLUMBIA |

## Superior Court of the District of Columbia

### CRIMINAL DIVISION

### AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT          USW NO:

| DEFENDANT NAME: | | NICKNAME: | ALIASES: | | CCN: | | PDID: |
|---|---|---|---|---|---|---|---|
| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | COMP: | SCARS, MARKS, TATTOOS: |
| DEFENDANT'S ADDRESS: | | | | | | HOME PHONE NUMBER: | |
| DEFENDANT'S BUSINESS ADDRESS: | | | | | | CELLULAR PHONE NUMBER: | |

| COMPLAINANT'S NAME: S.C. | TELEPHONE NUMBER: On file |
|---|---|
| LOCATION OF OFFENSE: | DATE OF OFFENSE: May 2015 | TIME OF OFFENSE: PM Hours |

**CAUTION AND MEDICAL CONDITIONS (CMC)** Select a valid CMC code below for wanted person when using the caution indicator.

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 55 = Alcoholic | __ 20 = Known to abuse drugs |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 60 = Allergies | __ 80 = Medication Required |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 65 = Epilepsy | __ 90 = Diabetic |
| __ 15 = Explosive Expertise | __ 85 = Hemophiliac | __ 70 = Suicidal | __ 01 = Other – Mental Health Conditions |

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

to happen. ▇▇▇▇▇ then held her to attempt to console her, and they both then took a shower together. ▇▇▇ ▇▇▇ apologized and took the complainant home after the shower.

The complainant reported this incident, and all the home visits, occurred in the summer of 2015; the complainant would have been 15-years-old at this time. The complainant disclosed further that on the first visit to ▇▇▇▇▇ home, he performed oral sex by licking her vagina with his mouth.

The complainant disclosed that she engaged in numerous romantic encounters with ▇▇▇▇▇ ranging from kissing, to "feeling her up" in his car and oral sex. Due to the high number of events, the complainant had trouble differentiating between events. The complainant reported that on one occasion, while ▇▇▇▇▇ performed oral sex on the complainant, she reciprocated and performed oral sex on ▇▇▇▇▇ in his bedroom.

▇▇▇▇▇ routinely told the complainant to avoid documenting any evidence of their relationship in writing. ▇▇▇ ▇▇▇ told the complainant that she was the youngest girl he had talked to but began talking to a classmate soon after their relationship ended. The complainant believed this relationship to be romantic and similar to her own and identified the classmate as Witness-5. The complainant also reported hearing of rumors that other students who were involved with ▇▇▇▇▇ after she graduated, but those rumors could not be substantiated.

The complainant identified Witness-2 and Witness-3 as close friends in which she confided about her romantic relationship with ▇▇▇▇▇. The complainant stated she confided in them while the relationship was active.

At the conclusion of the interview, the complainant was presented with a single color photograph of ▇▇▇▇▇, with a date of birth of ▇▇▇▇▇. The complainant identified ▇▇▇▇▇ and stated she has known him for 6 years. Hereinafter, ▇▇▇▇▇ shall be referred to as Defendant ▇▇▇.

| TO: WARRANT CLERK PLEASE ISSUE WARRANT FOR: ▇▇▇▇▇ | AFFIANT'S SIGNATURE: X ▇▇▇▇▇ |
|---|---|
| Charge With: First Degree Child Sexual Abuse with Aggravating Circumstances | SUBSCRIBED AND SWORN BEFORE ME THIS ____ DAY OF _____ 20 ___ |
| ▇▇▇▇▇   3/23/21 ncic approved ASSISTANT UNITED STATES ATTORNEY | (JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA |

# Superior Court of the District of Columbia

## CRIMINAL DIVISION
## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT          USW NO:

| DEFENDANT NAME: | | NICKNAME: | ALIASES: | | CCN: | | PDID: |
|---|---|---|---|---|---|---|---|
| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | COMP: | SCARS, MARKS, TATTOOS: |

| DEFENDANT'S ADDRESS: | HOME PHONE NUMBER: |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: | CELLULAR PHONE NUMBER: |

| COMPLAINANT'S NAME: S.C. | TELEPHONE NUMBER: On file |
|---|---|
| LOCATION OF OFFENSE: | DATE OF OFFENSE: May 2015 / TIME OF OFFENSE: PM Hours |

**CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.**

| | | | | | |
|---|---|---|---|---|---|
| ___ 00 = Armed and Dangerous | ___ 25 = Escape Risk | ___ 55 = Alcoholic | ___ 20 = Known to abuse drugs |
| ___ 05 = Violent Tendencies | ___ 30 = Sexually Violent Predator | ___ 60 = Allergies | ___ 80 = Medication Required |
| ___ 10 = Martial Arts Expert | ___ 50 = Heart Condition | ___ 65 = Epilepsy | ___ 90 = Diabetic |
| ___ 15 = Explosive Expertise | ___ 85 = Hemophiliac | ___ 70 = Suicidal | ___ 01 = Other – Mental Health Conditions |

### GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:

The complainant provided personal photographs she had taken of Defendant ███, one of which appears to show him sitting in close proximity to the phone/camera on a park bench and another appears to depict Defendant ███ in a classroom setting with the caption "love of my life." The individual in the pictures appears to be Defendant ███

The complainant also provided screen shots of messages between the complainant's device and "sir leo" and "███." The complainant identified Defendant Walker as the person of which both communication threads were corresponding. Various messages from "sir leo" request photographs and speak of the complainant's features. One message states, "your eyes are amazing, I just wonder how they look after you cry." Another thread discusses Defendant ███ moving to Italy and the complainant accompanying him. Defendant ███ asks, "so you really want to be with me? You want me to wait for you?" The complainant replies "yes & yes," and Defendant ███ responded "I know, it means more now. Especially with you telling me."

The complainant also provided a hand-written letter to your affiant and identified ███ as its author. The letter discusses the complainant's "beauty" and one line reads, "you exude beauty, sometimes it's overwhelming." The handwriting on the letter appears to be similar with handwriting contained in the employee files completed by ███ ███ during his employment at the complainant's school.

Your affiant had occasion to speak with Witness-2 on a later date. Witness-2 confirmed having a friendship with the complainant and attending the same school from 2013-2017.

Witness-2 reported observing the complainant getting close with a teacher, identified as Defendant ███ who wrote the complainant letters and would buy the complainant small gifts. The complainant began to speak openly about going on "dates" with Defendant ███ as well. The complainant spoke about going to a park with Defendant ███ where they would kiss and do "other stuff." Witness-2 described one incident that the complainant disclosed about Defendant

| TO: WARRANT CLERK | AFFIANT'S SIGNATURE: |
|---|---|
| PLEASE ISSUE WARRANT FOR: ███ | X ~~Victoria~~ |
| Charge With: _First Degree Child Sexual Abuse with Aggravating Circumstances_ | SUBSCRIBED AND SWORN BEFORE ME THIS ___ DAY OF _____ 20___ |
| ~~_Laura Gunning_~~   3/23/21 ndlc approved | |
| ASSISTANT UNITED STATES ATTORNEY | (JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA |

# Superior Court of the District of Columbia

### CRIMINAL DIVISION
## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT          USW NO:

| DEFENDANT NAME: | | NICKNAME: | ALIASES: | | CCN: | | PD ID: |
|---|---|---|---|---|---|---|---|
| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | COMP: | SCARS, MARKS, TATTOOS: |

DEFENDANT'S ADDRESS:                          HOME PHONE NUMBER:

DEFENDANT'S BUSINESS ADDRESS:                 CELLULAR PHONE NUMBER:

COMPLAINANT'S NAME:                           TELEPHONE NUMBER:
S.C.                                          On file

LOCATION OF OFFENSE:          DATE OF OFFENSE: May 2015     TIME OF OFFENSE: PM Hours

**CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.**

| | | | |
|---|---|---|---|
| 00 = Armed and Dangerous | 25 = Escape Risk | 55 = Alcoholic | 20 = Known to abuse drugs |
| 05 = Violent Tendencies | 30 = Sexually Violent Predator | 60 = Allergies | 80 = Medication Required |
| 10 = Martial Arts Expert | 50 = Heart Condition | 85 = Epilepsy | 90 = Diabetic |
| 15 = Explosive Expertise | 65 = Hemophiliac | 70 = Suicidal | 01 = Other - Mental Health  Conditions |

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

Walker lifting the complainant's shirt and touching her breasts in his vehicle.  The complainant also spoke to Witness-2 about staying the night at Defendant ▓▓▓ house and describing their relationship as romantic in nature.  Witness-2 believed the relationship ended in 2016 at the request of the complainant.

Witness-2 reported that after the relationship between Defendant ▓▓▓ and the complainant ended, he became close with another student who was identified as Witness-5. Witness-2 reported that Defendant ▓▓▓ began a romantic relationship with Witness-5, but it was unclear if their relationship began before Witness-5's graduation.   Witness-5 spoke to Witness-2 of the relationship and reported that Defendant ▓▓▓ did not want it to be romantic until after Witness-5 graduated.  Witness-2 reported that Defendant ▓▓▓ acted similarly to Witness-5 as he did to the complainant, but Witness-2 had no knowledge of any sexual encounters prior to Witness-5's graduation.

Your affiant had occasion to speak with Witness-3 on a later date. Witness-3 confirmed attending the same school as the complainant and maintaining a friendship with the complainant and others named in this investigation.  Witness-3 confirmed that Defendant ▓▓▓ was a teacher at the school Witness-3 had attended, but Witness-3 reported having no knowledge of a romantic relationship he may have had with any student.

Your affiant had conducted a separate investigation involving the school that employed Defendant ▓▓▓ and attended by the above witnesses.  Witness-4 was interviewed in reference to the separate investigation and provided information relating to Defendant ▓▓▓

Witness-4 reported maintaining a relationship with Defendant ▓▓▓ after graduating and considered him a friend and mentor.  Witness-4 reported that Defendant ▓▓▓ was close with students and would often take groups out for dinner and routinely had students visit his home. Witness-4 reported hearing that Defendant ▓▓▓ had been sexually involved with a student before the student graduated.  Witness-4 reported that Defendant ▓▓▓ had used his age and

TO: WARRANT CLERK                             AFFIANT'S SIGNATURE:
PLEASE ISSUE WARRANT FOR: ▓▓▓                 X ▓▓▓▓▓

Charge With: First Degree Child Sexual Abuse with Aggravating Circumstances    SUBSCRIBED AND SWORN BEFORE ME THIS _____ DAY OF _____ 20__

▓▓▓▓▓     3/23/21 ncic approved
ASSISTANT UNITED STATES ATTORNEY                (JUDGE) DEPUTY CLERK)
                                                SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

# Superior Court of the District of Columbia

## CIVIL DIVISION- CIVIL ACTIONS BRANCH

### INFORMATION SHEET

Jane Doe

Case Number: **2022 CA 000814 B**

VS

Date: 02-17-2022

Duke Ellington School of the Arts Project, et al.

☑ One of the defendants is being sued in their official capacity.

| Name: *(Please Print)* | Relationship to Lawsuit |
|---|---|
| Dawn Jackson, Esq. | ☑ Attorney for Plaintiff |
| Firm Name: Jackson and Associates Lawfirm | ☐ Self (Pro Se) |
| Telephone No.:      Six digit Unified Bar No.: 485118 | ☐ Other: |

TYPE OF CASE:  ☐ Non-Jury     ☐ 6 Person Jury     ☑ 12 Person Jury

Demand: $ $10,000,000      Other:

### PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:     Judge:     Calendar #:

Case No.:     Judge:     Calendar#:

---

### NATURE OF SUIT: *(Check One Box Only)*

#### A. CONTRACTS      COLLECTION CASES

| | | |
|---|---|---|
| ☐ 01 Breach of Contract | ☐ 14 Under $25,000 Pltf. Grants Consent | ☐ 16 Under $25,000 Consent Denied |
| ☐ 02 Breach of Warranty | ☐ 17 OVER $25,000 Pltf. Grants Consent | ☐ 18 OVER $25,000 Consent Denied |
| ☐ 06 Negotiable Instrument | ☐ 27 Insurance/Subrogation | ☐ 26 Insurance/Subrogation |
| ☐ 07 Personal Property |    Over $25,000 Pltf. Grants Consent |    Over $25,000 Consent Denied |
| ☐ 13 Employment Discrimination | ☐ 07 Insurance/Subrogation | ☐ 34 Insurance/Subrogation |
| ☐ 15 Special Education Fees |    Under $25,000 Pltf. Grants Consent |    Under $25,000 Consent Denied |
| | ☐ 28 Motion to Confirm Arbitration | |
| |    Award (Collection Cases Only) | |

#### B. PROPERTY TORTS

| | | |
|---|---|---|
| ☐ 01 Automobile | ☐ 03 Destruction of Private Property | ☐ 05 Trespass |
| ☐ 02 Conversion | ☐ 04 Property Damage | |
| ☐ 07 Shoplifting, D.C. Code § 27-102 (a) | | |

#### C. PERSONAL TORTS

| | | |
|---|---|---|
| ☐ 01 Abuse of Process | ☐ 10 Invasion of Privacy | ☑ 17 Personal Injury- (Not Automobile, Not Malpractice) |
| ☐ 02 Alienation of Affection | ☐ 11 Libel and Slander | ☐ 18 Wrongful Death (Not Malpractice) |
| ☐ 03 Assault and Battery | ☐ 12 Malicious Interference | ☐ 19 Wrongful Eviction |
| ☐ 04 Automobile- Personal Injury | ☐ 13 Malicious Prosecution | ☐ 20 Friendly Suit |
| ☐ 05 Deceit (Misrepresentation) | ☐ 14 Malpractice Legal | ☐ 21 Asbestos |
| ☐ 06 False Accusation | ☐ 15 Malpractice Medical (Including Wrongful Death) | ☐ 22 Toxic/Mass Torts |
| ☐ 07 False Arrest | ☐ 16 Negligence- (Not Automobile, Not Malpractice) | ☐ 23 Tobacco |
| ☐ 08 Fraud | | ☐ 24 Lead Paint |

SEE REVERSE SIDE AND CHECK HERE      IF USED

CV-496/June 2015

# Information Sheet, Continued

## C. OTHERS

- [ ] 01 Accounting
- [ ] 02 Att. Before Judgment
- [ ] 05 Ejectment
- [ ] 09 Special Writ/Warrants
  (DC Code § 11-941)
- [ ] 10 Traffic Adjudication
- [ ] 11 Writ of Replevin
- [ ] 12 Enforce Mechanics Lien
- [ ] 16 Declaratory Judgment

- [ ] 17 Merit Personnel Act (OEA)
  (D.C. Code Title 1, Chapter 6)
- [ ] 18 Product Liability

- [ ] 24 Application to Confirm, Modify,
  Vacate Arbitration Award (DC Code § 16-4401)
- [ ] 29 Merit Personnel Act (OHR)
- [ ] 31 Housing Code Regulations
- [ ] 32 Qui Tam
- [ ] 33 Whistleblower

## II.

- [ ] 03 Change of Name
- [ ] 06 Foreign Judgment/Domestic
- [ ] 08 Foreign Judgment/International
- [ ] 13 Correction of Birth Certificate
- [ ] 14 Correction of Marriage
  Certificate
- [ ] 26 Petition for Civil Asset Forfeiture (Vehicle)
- [ ] 27 Petition for Civil Asset Forfeiture (Currency)
- [ ] 28 Petition for Civil Asset Forfeiture (Other)

- [ ] 15 Libel of Information
- [ ] 19 Enter Administrative Order as
  Judgment [ D.C. Code §
  2-1802.03 (h) or 32-151 9 (a)]
- [ ] 20 Master Meter (D.C. Code §
  42-3301, et seq.)

- [ ] 21 Petition for Subpoena
  [Rule 28-1 (b)]
- [ ] 22 Release Mechanics Lien
- [ ] 23 Rule 27(a)(1)
  (Perpetuate Testimony)
- [ ] 24 Petition for Structured Settlement
- [ ] 25 Petition for Liquidation

## D. REAL PROPERTY

- [ ] 09 Real Property-Real Estate
- [ ] 12 Specific Performance
- [ ] 04 Condemnation (Eminent Domain)
- [ ] 10 Mortgage Foreclosure/Judicial Sale
- [ ] 11 Petition for Civil Asset Forfeiture (RP)

- [ ] 08 Quiet Title
- [ ] 25 Liens: Tax / Water Consent Granted
- [ ] 30 Liens: Tax / Water Consent Denied
- [ ] 31 Tax Lien Bid Off Certificate Consent Granted

_____
Attorney's Signature

02-17-2022
_____
Date

CV-496/ June 2015



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION** Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Telephone: (202) 879-1133 • Website: www.dccourts.gov

JANE DOE
    Vs.
                                  C.A. No.    2022 CA 000814 B
DUKE ELLINGTON SCHOOL OF THE ARTS PROJECT et al

## INITIAL ORDER AND ADDENDUM

### Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

(1) This case is assigned to the judge and calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of (a) the summons, (b) the complaint, and (c) this Initial Order and Addendum. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4(m).

(3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

(4) At the time stated below, all counsel and unrepresented parties shall participate in a remote hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients **before** the hearing whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this hearing.**

(5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date.
No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

**Chief Judge Anita M. Josey-Herring**

Case Assigned to: Judge ROBERT R RIGSBY
Date:     February 25, 2022
Initial Conference: **REMOTE HEARING - DO NOT COME TO COURTHOUSE**
**SEE REMOTE HEARING INSTRUCTIONS ATTACHED TO INITIAL ORDER**

10:00 am, Friday, May 27, 2022
Location: Courtroom 320
          500 Indiana Avenue N.W.
          WASHINGTON, DC 20001

CAIO-60

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

D.C. Code § 16-2821, which part of the Medical Malpractice Proceedings Act of 2006, provides, "[a]fter action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ('ISSC'"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC."

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. D.C. Code § 16-2825 Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster, the second form is to be used for early mediation with a private mediator. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. Unrepresented plaintiffs who elect not to eFile must either mail the form to the Multi-Door Dispute Resolution Office at, Suite 2900, 410 E Street, N.W., Washington, DC 20001, or deliver if in person if the Office is open for in-person visits.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following people are required by D.C. Code § 16-2824 to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826. Any Plaintiff who is unrepresented may mail the form to the Civil Actions Branch at [address] or deliver it in person if the Branch is open for in-person visits. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Anita M. Josey-Herring

## Civil Remote Hearing Instructions for Participants

The following instructions are for participants who are scheduled to have cases heard before a Civil Judge in a **Remote Courtroom**

**Option1:** (AUDIO ONLY/Dial-in by Phone):

**Toll 1 (844) 992-4762 or (202) 860-2110**, enter the Meeting ID from the attachment followed by #, press again to enter session.

- *Please call in no sooner than 5 minutes before your scheduled hearing time. Once you have joined the session, please place your phone on mute until directed otherwise. If you should happen to get disconnected from the call, please call back in using the phone number and access number provided and the courtroom clerk will mute your call until the appropriate time.*

If you select **Option 2** or **Option 3** use the **Audio Alternative**

**Option 2:** (LAPTOP/ DESKTOP USERS 1):

> Open Web Browser in Google Chrome and copy and paste following address from the next page:
> https://dccourts.webex.com/meet/XXXXXXXXX

**Option 3:** (LAPTOP/ DESKTOP USERS 2):

> Open Web Browser in Google Chrome and copy and paste following address
> https://dccourts.webex.com Select **Join**, enter the Meeting ID from the next page

**AUDIO ALTERNATIVE:** Instead of automatically using **USE COMPUTER FOR AUDIO**, select **CALL-IN** and follow the **CALL-IN** prompt window. Use a cell phone or desk phone. You will be heard clearer if you **do not** place your phone on SPEAKER. It is very important that you enter the **ACCESS ID #** so that your audio is matched with your video.



**Option 4:** (Ipad/SMART PHONE/TABLET):

- Go to App Store, Download WebEx App (Cisco WebEx Meetings)
- Sign into the App with your Name and Email Address
- Select Join Meeting
- Enter address from the next page: https://dccourts.webex.com/meet/XXXXXXXXX
- Click join and make sure your microphone is muted and your video is unmuted (if you need to be seen). If you only need to speak and do not need to be seen, use the audio only option.
- When you are ready click "Join Meeting". If the host has not yet started the meeting, you will be placed in the lobby until the meeting begins.

For Technical Questions or issues Call: (202) 879-1928, Option #2

CAIO-60

Superior Court of the District of Columbia
Public Access for Remote Court Hearings
(Effective August 24, 2020)

rrent telephone numbers for all remote hearings are: 202-860-2110 (local) or 844-992-4726 (toll
After dialing the number, enter the WebEx Meeting ID as shown below for the courtroom. Please click
Ex Direct URL link below to join the hearing online.

Audio and video recording; taking pictures of remote hearings; and sharing the live or recorded remote
hearing by rebroadcasting, live-streaming or otherwise are not allowed

| Courtroom | Types of Hearings Scheduled in Courtroom | Public Access via WebEx | |
|---|---|---|---|
| | | WebEx Direct URL | WebEx Meeting ID |
| 206 | Auditor Master Hearings | https://dccourts.webex.com/meet/ctbaudmaster | 129 648 5606 |
| 100 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb100 | 129 846 4145 |
| 205 | Foreclosure Matters | https://dccourts.webex.com/meet/ctb205 | 129 814 7399 |
| 212 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb212 | 129 440 9070 |
| 214 | Title 47 Tax Liens; and Foreclosure Hearings | https://dccourts.webex.com/meet/ctb214 | 129 942 2620 |
| 219 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb219 | 129 315 2924 |
| 221 | Civil 1 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb221 | 129 493 5162 |
| 318 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb318 | 129 801 7169 |
| 320 | | https://dccourts.webex.com/meet/ctb320 | 129 226 9879 |

CAIO-60

| 400 | Judge in Chambers Matters including Temporary Restraining Orders, Preliminary Injunctions and Name Changes | https://dccourts.webex.com/meet/ctb400 | 129 339 7379 |
|---|---|---|---|
| 415 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb415 | 129 314 3475 |
| 516 | | https://dccourts.webex.com/meet/ctb516 | 129 776 4396 |
| 517 | | https://dccourts.webex.com/meet/ctb517 | 129 911 6415 |
| 518 | | https://dccourts.webex.com/meet/ctb518 | 129 685 3445 |
| 519 | | https://dccourts.webex.com/meet/ctb519 | 129 705 0412 |
| JM-4 | | https://dccourts.webex.com/meet/ctbjm4 | 129 797 7557 |
| A-47 | Housing Conditions Matters | https://dccourts.webex.com/meet/ctba47 | 129 906 2065 |
| B-52 | Debt Collection and Landlord and Tenant Trials | https://dccourts.webex.com/meet/ctbb52 | 129 793 4102 |
| B-53 | Landlord and Tenant Matters including Lease Violation Hearings and Post Judgment Motions | https://dccourts.webex.com/meet/ctbb53 | 129 913 3728 |
| B-109 | Landlord and Tenant Matters | https://dccourts.webex.com/meet/ctbb109 | 129 127 9276 |
| B-119 | Small Claims Hearings and Trials | https://dccourts.webex.com/meet/ctbb119 | 129 230 4882 |

## THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
### Civil Division

JANE DOE

      Plaintiff,

v.

**DUKE ELLINGTON SCHOOL
OF THE ARTS PROJECT**, *et al.*

      Defendants.

**CASE NO.: 2022 CA 000814 B**

Judge-in-Chambers

---

### ORDER

---

Plaintiff's Motion to Proceed under Pseudonym, having been read, considered and this Court having determined that the request is for good cause;

it is this ___16th___ day of ___February___, 2022,

It is **ORDERED**, that the Plaintiff's Motion to Proceed under Pseudonym is hereby,

**GRANTED;**

*Joan Zeldon*

Judge-in-Chambers
Joan Zeldon, Senior Judge

Copies to:

Dawn R. Jackson, Esq.
Duke Ellington School of the Arts
District of Columbia
DC Public School System
Mitzi Yates
Rory Pullens

9