# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE,<br><br>     Plaintiff,<br><br>v.<br><br>DUKE ELLINGTON SCHOOL OF THE ARTS PROJECT, *et al.*,<br><br>     Defendants. | Civil Action No. 1:22-cv-00811-JEB |

## ORDER GRANTING DEFENDANT MITZI YATES' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Upon consideration of Defendant Mitzi Yates' Motion to Dismiss Plaintiff's Complaint, any opposition thereto, any reply brief in support of same, and for good cause shown, it is hereby ORDERED THAT:

1. Defendant Mitzi Yates' Motion to Dismiss Plaintiff's Complaint be and hereby is GRANTED; and

2. Plaintiff's Complaint is DISMISSED WITH PREJUDICE in its entirety as to Defendant Mitzi Yates; and

3. The Clerk of Court is directed to close this case as to Defendant Mitzi Yates.

**SO ORDERED** this ___ day of _____, 2022.

_____
Hon. James E. Boasberg
United States District Judge

WSACTIVELLP:13167536.1

Copies to:

Dawn Jackson
JACKSON & ASSOCIATES LAW FIRM, LLC
1300 Caraway Court, Suite 100
Largo, Maryland
djackson@jacksonassociateslawfirm.com

Howard Haley
THE HALEY FIRM, PC
7600 Georgia Avenue NW, #416
Washington, DC 20012
haleyfirm@gmail.com
*Attorneys for Plaintiff*

James A. Wiley
Burth G. Lopez
OFFICE OF THE ATTORNEY GENERAL
FOR THE DISTRICT OF COLUMBIA
Civil Litigation Division
400 6th Street NW
Washington, DC 20001
jim.wiley@dc.gov
burth.lopez@dc.gov
*Attorneys for Defendants District of Columbia and District of Columbia Public School System*

Nat P. Calamis
Samantha Lewis
CARR MALONEY P.C.
2020 K Street NW, Suite 850
Washington, DC 20006
nat.calamis@carrmaloney.com
samantha.lewis@carrmaloney.com
*Attorneys for Defendant Duke Ellington School of The Arts Project*

Anessa Abrams
FORDHARRISON LLP
2000 M Street, N.W., Suite 505
Washington, DC 20036
aabrams@fordharrison.com
*Attorneys for Rory Pullens & Mitzi Yates*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 27th day of June, 2022, I electronically filed the foregoing **ORDER GRANTING DEFENDANT MITZI YATES' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** with the Court using the CM/ECF system which will then send electronic notification of the filing to the following:

Dawn Jackson
JACKSON & ASSOCIATES LAW FIRM, LLC
1300 Caraway Court, Suite 100
Largo, Maryland
djackson@jacksonassociateslawfirm.com

Howard Haley
THE HALEY FIRM, PC
7600 Georgia Avenue NW, #416
Washington, DC 20012
haleyfirm@gmail.com
*Attorneys for Plaintiff*

James A. Wiley
Burth G. Lopez
OFFICE OF THE ATTORNEY GENERAL
FOR THE DISTRICT OF COLUMBIA
Civil Litigation Division
400 6th Street NW
Washington, DC 20001
jim.wiley@dc.gov
burth.lopez@dc.gov
*Attorneys for Defendants District of Columbia and District of Columbia Public School System*

Nat P. Calamis
Samantha Lewis
CARR MALONEY P.C.
2020 K Street NW, Suite 850
Washington, DC 20006
nat.calamis@carrmaloney.com
samantha.lewis@carrmaloney.com
*Attorneys for Defendant Duke Ellington School of The Arts Project*

Anessa Abrams
FORDHARRISON LLP
2000 M Street, N.W., Suite 505
Washington, DC 20036
aabrams@fordharrison.com
*Attorneys for Rory Pullens*

                                               /s/ Anessa Abrams
                                               Anessa Abrams

4