UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>DUKE ELLINGTON SCHOOL OF THE ARTS PROJECT, *et al.*,<br><br>    Defendants. | Civil Action No. 22-811 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. District of Columbia's and District of Columbia Public Schools' [12] Motion to Dismiss is GRANTED;

2. Duke Ellington School of the Arts Project's [15] Motion to Dismiss is GRANTED;

3. Mitzi Yates' [28] Motion to Dismiss is GRANTED; and

4. The case is DISMISSED WITHOUT PREJUDICE.

*/s/ James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: August 5, 2022